# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

160460 & (15)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

SHAQUILLE JOEL SHERMAN,
            Defendant-Appellant.

SC: 160460
COA: 349804
Wayne CC: 13-000288-FC

_____/

By order of April 3, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the September 6, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk

p1021